IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| JOSHUA CACHO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 6:22-CV-02167-WWB-DCI |
| EGV COMPANIES, INC., et al, a Delaware Corporation | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants EGV COMPANIES, INC., et al, have resolved their case. Plaintiff hereby requests the Court dismiss the case against Defendants EGV COMPANIES, INC., et al, with prejudice.

Dated December 15, 2022,

Respectfully submitted,

*Josh Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EGV COMPANIES, INC., et al, a Delaware Corporation<br><br><br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§　6:22-CV-02167-WWB-DCI<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** | § |
| Plaintiff, | § |
| v. | § |
| **EGV COMPANIES, INC., et al, a Delaware Corporation** | § 6:22-CV-02167-WWB-DCI |
| Defendants. | § |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2022, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated December 15, 2022,                Respectfully Submitted,

*Josh Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com